IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMMIE LOWE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO. |
| | : | |
| v. | : | 1:21-cv-02275-CAP |
| | : | |
| FAMILY DOLLAR STORES OF GEORGIA, LLC, ABC CO., LLC and XYZ, INC., | : : : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Tammie Lowe and Defendant Family Dollar Stores of Georgia, LLC and by and through their undersigned counsel, and file this Stipulation pursuant to FRCP 41, that the above-styled matter is voluntarily dismissed with prejudice against Defendants Family Dollar Stores of Georgia, LLC, and fictitiously named ABC CO., LLC and XYZ, INC.

Respectfully submitted this __26__ day of October, 2022.

*/s/ Daniel Shim*_____    */s/ James T. Hankins*_____
Daniel Shim                                              James T. Hankins, III
Georgia State Bar No. 492277             Georgia State Bar No. 188771
dan@msdlawgroup.com                    jhankins@GM-LLP.com
Jordan T. Davis
Georgia State Bar No. 492277
jordan@msdlawgroup.com

| | |
|---|---|
| MORRISS \| SHIM \| DAVIS<br>2233 Peachtree Road NE<br>Suite 212<br>Atlanta, Georgia 30309<br>Phone: (404) 525-8000<br>Facsimile: (404) 525-2573<br><br>*Attorneys for Plaintiff* | GOODMAN MCGUFFEY LLP<br>3340 Peachtree Road NE, Suite 2100<br>Atlanta, GA 30326-1084<br>(404) 264-1500 Phone<br>(404) 264-1737 Fax<br><br>*Attorney for Defendant Family Dollar Stores of Georgia, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I electronically filed the foregoing Stipulation of Voluntary Dismissal with the Clerk using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This _26_ day of October, 2022.

*/s/ Daniel Shim*
_____
Daniel Shim